**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

### ORDER AND RESCHEDULED MEETING NOTICE
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25–20715–GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Adrianne Rae Sharp
2513 Hi Ridge Drive
North Huntingdon, PA 15642

Social Security No.:
xxx–xx–9347

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Corey J. Sacca | Ronda J. Winnecour |
| Bononi & Company | Suite 3250, USX Tower |
| 20 North Pennsylvania Ave. | 600 Grant Street |
| Greensburg, PA 15601 | Pittsburgh, PA 15219 |
| Telephone number:  724–832–2499 | Telephone number:  412–471–5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| July 21, 2025 | July 21, 2025 |
| 10:00 AM | 10:00 AM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1–412–532–8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/13/25

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud